IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMIE MYERS,

Plaintiff,

v. Case No. 1:25-cv-00194-JFR-LF

STATE FARM FIRE AND
CASUALTY COMPANY,

Defendant.

**ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Friday, November 20, 2026** absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge